AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Enroy Oneil Duncan | ) | Case No.   3:21-cr-203 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Enroy Oneil Duncan
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud
Forfeiture Allegation

Date:     10/20/2021

/s/ Jackie Stewart
*Issuing officer's signature*

City and state:     Fargo, North Dakota

Jackie Stewart, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/20/2021 , and the person was arrested on *(date)* 11/17/2021 at *(city and state)* CASSELBERRY, FL |
| Date: 11/17/2021 |

Arresting officer's signature

AARON C DUNN, FBI SPECIAL AGENT
*Printed name and title*