UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

---

| | |
|---|---|
| United States of America | Case No. 3:21-CR-00203-PDW-1 |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| Enroy Oneil Duncan | |
| Defendant. | |

---

¶ 1. This is to certify that Philip Becher, Bar ID 08885, attorney at Sand Law, PLLC, represents Defendant in this matter (or matters). This representation will encompass all charges at issue in the matter (or matters). It is understood that representation shall continue until terminated by appropriate order of the Court or by Defendant retaining other counsel.

Dated: November 30, 2021

**SAND LAW, PLLC**
*Counsel for Defendant*

BY: /s/ Philip Becher
Philip Becher (#08885)
12 Main Street South, Suite #6
Minot, ND 58701
Phone: (701) 609-1510
Email: phil@sandlawnd.com