UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

United States of America

Plaintiff,                                Case No. 3:21-CR-00203-PDW-1

vs.                              WAIVER OF SPEEDY TRIAL

Enroy O'Neil Duncan,

Defendant.

¶ 1.    I am Enroy O'Neil Duncan.

¶ 2.    I am represented in this matter by Sand Law, PLLC.

¶ 3.    I understand that there is a Jury Trial currently scheduled in my case for 01/25/2022.

¶ 4.    I have been informed that a Motion to Continue has been submitted on my behalf to get this trial moved to a later date. I understand that the purpose of moving this trial date to a later date is to allow for Discovery to be received by my Attorney and for negotiations to continue.

¶ 5.    On this basis, I do hereby CONSENT to the filing of the above described Motion to Continue by Sand Law, PLLC on my behalf.

¶ 6.    I understand that moving the trial to a later date may implicate my right to a speedy trial. I do hereby WAIVE my right to a speedy trial.

¶ 7.    I have read and do understand the above.

Dated: 01 / 04 / 2022

Signature: _____