# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING DEFENDANT'S** |
| ) | **MOTION TO CONTINUE TRIAL** |
| vs. ) | |
| ) | Case No. 3:21-cr-203 |
| Enroy Oneil Duncan, ) | |
| ) | |
| Defendant. ) | |

Before the Court is the Defendant's motion to continue trial. Doc. No. 29. Trial is set to begin on March 7, 2023. Defense counsel requests a continuance to further investigate, review discovery, and prepare for trial. Defense counsel represents that the Defendant consents to the continuance and will file a signed consent, acknowledging that the delay will be excluded from any calculation under the Speedy Trial Act. The United States does not object to the motion.

The Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7)(A). See United States v. Lucas, 499 F.3d 769, 782-83 (8th Cir. 2007); United States v. Hohn, 8 F.3d 1301, 1305 (8th Cir. 1993); United States v. Driver, 945 F.2d 1410, 1414 (8th Cir. 1991). Accordingly, the Court **GRANTS** the motion (Doc. No. 29). Trial will be reset to Tuesday, June 6, 2023, at 9:30 a.m. in Fargo. A five (5) day trial is anticipated. All time elapsing from the date of this order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

**IT IS SO ORDERED**.

Dated this 16th day of February, 2023.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court