PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

| | | | |
|---|---|---|---|
| Defendant: | Enroy Oneil Duncan | Docket No.: | 0868 3:21CR00203 |
| To Appear On: | 05/24/2023 | For: | ☒ Plea  ☐ Trial  ☐ Sentencing |

Before Judge: Peter D. Welte

Initial Appearance Date: 12/08/2021   Release Date: 12/08/2021

Magistrate Judge: Alice R. Senechal

Conditions of Release:

- ☒ Pretrial Supervision
- ☐ Seek/Maintain Employment
- ☐ Submit to Counseling as Deemed Appropriate by Pretrial Services
- ☐ Drug/Alcohol Monitoring
- ☐ Third Party Custody to:
- ☒ Travel Restrictions: The Middle District of Florida, North Dakota and Any Points in Between
- ☐ No Contact With:
- ☒ Other: Residential Requirements, Report Law Enforcement Contact, Weapons Restriction, Credit/Financial Restrictions

- ☒ Surrender Passport
- ☒ Do Not Obtain Passport
- ☐ Refrain from Excessive Use of Alcohol or Any Controlled Substance without a Prescription
- ☐ Location Monitoring

Defendant Has Met Conditions of Release:   ☒ Yes   ☐ No

Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:
On November 18, 2021, the defendant released from custody on Pretrial Supervision in the Middle District of Florida. On December 8, 2021, the defendant appeared for an Arraignment in the District of North Dakota and was released under the previously imposed conditions in the Middle District of Florida. Since that time, the defendant has remained in full compliance with his conditions of release.

Recommendations:
It is respectfully recommended that the defendant remain on pretrial supervision with the previously imposed conditions.

| | |
|---|---|
| 05/22/2023 | /s/ Christine Argall |
| Date | U.S. Pretrial Services Officer |