IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:21-cr-203 |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Enroy Oneil Duncan, ) | |
| ) | |
| Defendant. ) | |

On May 24, 2023, defendant Enroy Oneil Duncan pled guilty to one count of wire fraud. (Doc. 35). Duncan will be sentenced on September 7, 2023. In the interim, Duncan was permitted to remain released under conditions of his pretrial release. Id. Duncan's conditions of pretrial release include a condition that restricts his presence to the Middle District of Florida, the District of North Dakota, and any points in between. (Doc. 21; Doc. 4-2). Duncan now moves to modify conditions of his release to permit unrestricted travel for employment purposes. (Doc. 37). The United States does not oppose the request. Duncan's motion is **GRANTED**. Duncan is permitted unrestricted travel for employment purposes. All of other conditions of release shall remain in place.

**IT IS SO ORDERED**.

Dated this 12th day of June, 2023.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge