UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

---

| | |
|---|---|
| United States of America | |
| Plaintiff, | Case No. 3:21-CR-00203 |
| vs. | MOTION TO CONTINUE |
| Enroy O'Neil Duncan, | |
| Defendant. | |

---

¶ 1. On behalf of Defendant, Enroy O'Neil Duncan, by his attorneys, Sand Law, PLLC:

¶ 2. A Sentencing Hearing is set to occur in this matter on 9/7/2023.

¶ 3. Counsel for Defendant has a scheduling conflict in which he is set for a 10-day AA Felony Jury Trial in District Court case number 08-2022-CR-02481 that is set to begin on 8/28/2023.

¶ 4. It is, at this point, Counsel for Defendant's understanding that the Trial will be proceeding.

¶ 5. Defendant has been consulted regarding this proposed continuance and has indicated he has no objection.

¶ 6. The Government has been consulted regarding this proposed continuance and has indicated they have no objection.

¶ 7. On this basis, Counsel for Defendant humbly requests that this Court continue the Sentencing Hearing set to occur in this matter on 9/7/2023 to a new, later date.

Dated: 8/24/2023

**SAND LAW, PLLC**
*Counsel for Defendant*

/s/ Philip Becher
Philip Becher (#08885)
P.O. Box 1656
Bismarck, ND 58502-1656
Phone: (701) 609-1510
Email: phil@sandlawnd.com