IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-cr-203-PDW |
| Plaintiff, | |
| v. | **UNITED STATES'** **SENTENCING MEMORANDUM** |
| ENROY ONEIL DUNCAN, | |
| Defendant. | |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Matthew D. Greenley, Assistant United States Attorney, makes the objections and clarifications to the Presentence Investigation Report in the attached Sentencing Memorandum Supplement.

Dated:  January 12, 2024

MAC SCHNEIDER
United States Attorney


By:     /s/ *Matthew D. Greenley*
        MATTHEW D. GREENLEY
        Assistant United States Attorney
        MN Bar ID 034252X
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        matthew.greenley@usdoj.gov
        Attorney for United States