PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant: Enroy Oneil Duncan            Docket No.: 0868 3:21CR00203

To Appear On: 01/19/2024        For:  ☐ Plea   ☐ Trial   ☒ Sentencing

Before Judge: Peter D. Welte

Initial Appearance Date: 12/08/2021        Release Date: 12/08/2021

Magistrate Judge: Alice R. Senechal

Conditions of Release:

| | |
|---|---|
| ☒ Pretrial Supervision | ☒ Surrender Passport |
| ☐ Seek/Maintain Employment | ☒ Do Not Obtain Passport |
| ☐ Submit to Counseling as Deemed Appropriate by Pretrial Services | ☐ Refrain from Excessive Use of Alcohol or Any Controlled Substance without a Prescription |
| ☐ Drug/Alcohol Monitoring | ☐ Location Monitoring |
| ☐ Third Party Custody to: | |
| ☒ Travel Restrictions: | Middle District of Florida, North Dakota, and any points between |
| ☐ No Contact With: | |
| ☒ Other: | Residential requirements, report law enforcement contact, weapons restriction, and credit/financial restrictions |

Defendant Has Met Conditions of Release:   ☐ Yes   ☒ No

**Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:**

Since the last Release Status Report to the Court filed on May 22, 2023, the defendant violated his pretrial conditions by failing to report to pretrial services in August and September of 2023.

**Recommendations:**

Absent a statutory mandate of detention, respectfully, the defendant is viewed as a suitable candidate for voluntary surrender if a term of imprisonment is ordered.

| 01/18/2024 | /s/ Christine Argall |
|---|---|
| Date | U.S. Pretrial Services Officer |